# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.  3:16cr4/MCR/HTC
　　　　　　　　　　　　　　3:17cv68/MCR/HTC

KENNETH GRANDISON
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 28, 2019. ECF No. 64. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.　The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Motion to Vacate, Set Aside, or Correct Sentence, ECF Doc. 42, is **DENIED**.

3. The Motion to Amend Motion to Vacate, Set Aside, and Correct Sentence Pursuant to 28 U.S.C. § 2255, ECF Doc. 47, is **DENIED**.

4. The Motion for Summary Judgment, ECF Doc. 61, is **DENIED** as moot.

5. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 24th day of June 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**